118 F.3d 1577
 Nancy Rutigliano
v.
Valley Business Forms, Appleton Papers, Inc., Mead Corp.,
Moore Business Forms, Inc., Boise Cascade Corp.,
Kimberly-Clark Corp., Paper Manufacturers, Frye Copy
Systems, Otis, Inc., 3M Company, Carbonless Products,
Automotive Papers Co., Inc., Calibrated Charts Corp.,
Maxwell Paper products, Inc., James River Corp., Nekoosa
Papers, Inc., Control Papers Co., Sturgis Newport Business
Forms, Quality Forms, Kim Kraft, Sunrise Forms, Paris Business Forms,
 NO. 96-5478
 United States Court of Appeals,
Third Circuit.
 June 27, 1997
 
 1
 Appeal From: D.N.J. ,No.90cv01432 ,
 
 929 F.Supp. 779
 
 2
 Affirmed.